UNITED STATES, Appellee

v

RICHARD F. HOLDER, Private, U. S. Marine Corps, Appellant

19 USCMA 528, 42 CMR 130

No. 22,962

July 2, 1970

*Lieutenant Allen D. Black,* JAGC, USNR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever,* USMC, was on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The appellant pleaded guilty to larceny committed on or about July 30, 1969. Error in the introduction of seven instances of nonjudicial punishment is made harmless, however, by the showing of court-martial convictions for failing to go to his appointed place of duty (three specifications), absence without leave, use of disrespectful language to a noncommissioned officer, failure to obey a lawful order (two specifications), and communicating a threat to kill. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970), and United States v Young, 19 USCMA 481, 42 CMR 83 (1970).

The decision of the Court of Military Review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).